Fill in this information to identify your case:

United States Bankruptcy Court for the:

District of Nevada

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | TITAN CONSTRUCTORS, INCORPORATED |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 75-3184602 |

4. **Debtor's address**

**Principal place of business**

P. O. BOX 151195
Number    Street

Ely    NV    89315
City    State    ZIP Code

White Pine County
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    ZIP Code

5. **Debtor's website** (URL)    _____

6. **Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor   TITAN CONSTRUCTORS, INCORPORATED                         Case number (*if known*)_____
         Name

| 7. | **Describe debtor's business** |
|---|---|

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
0000_____

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |
|---|---|

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. |
|---|---|

☑ No
☐ Yes.   District _____   When _____   Case number _____
                                       MM / DD / YYYY
         District _____   When _____   Case number _____
                                       MM / DD / YYYY

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. |
|---|---|

☑ No
☐ Yes.   Debtor _____   Relationship _____
         District _____   When _____
                                                        MM / DD / YYYY
         Case number, if known _____

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page **2**

Debtor    TITAN CONSTRUCTORS, INCORPORATED                              Case number (*if known*)_____
_____
Name

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?**_____<br>                          Number      Street<br>                          _____<br>                          City                                     State     ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>          Contact name _____<br>          Phone       _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | **Estimated number of creditors** | ☑ 1-49         ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99       ☐ 5,001-10,000       ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000         ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor  TITAN CONSTRUCTORS, INCORPORATED            Case number (*if known*)_____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/17/2023
            MM / DD / YYYY

✗ /s/ SHANE COOPER                               SHANE COOPER
Signature of authorized representative of debtor  Printed name

Title  PRESIDENT

**18. Signature of attorney**

✗ /s/ J. Craig Demetras                          Date  04/17/2023
Signature of attorney for debtor                       MM / DD / YYYY

J. Craig Demetras
Printed name

Demetras Law
Firm name

230 E Liberty Street
Number      Street

Reno                                             NV             89501
City                                             State          ZIP Code

775-348-4600                                     jcd@demetraslaw.com
Contact phone                                    Email address

4246                                             NV
Bar number                                       State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

ATT MOBILITY
P. O. BOX 537104
ATLANTA, GA 30353-7104

CITY OF ELY
ATTN: BANKRUPTCY DEPARTMENT
501 MILL STREET
ELY, NV 89301

DAVE GIBSON
P. O. BOX 203
LUND, NV 89317

GRACYNE BACKUS
ATTN: BANKRUPTCY DEPARTMENT
HC 32 BOX 32435
ELY, NV 89301

HUNT AND SONS
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 277670
SACRAMENTO, CA 95827-7670

INTERNAL REVENUE SERVICE
BANKRUPTCY DEPARTMENT
P. O. BOX 7346
PHILADELPHIA, PA 19101

IRON HORSE TRUCKING LLC
ATTN: BANKRUPTCY DEPARTMENT
P. O. BOX 150087
ELY, NV 89315

JACK COOPER
10951 SO. SR 894
C/O P. O. BOX 151522
ELY, NV 89315

KENNY COOPER
1375 AVENUE L
ELY, NV 89301

LAW OFFICE OF MARK WRAY
608 LANDER STREET
RENO, NV 89501

LP INSURANCE SERVICES
ATTN: BANKRUPTCY DEPARTMENT
300 E. 2ND ST., STE 1300
RENO, NV 89501

MCMULLEN MCPHEE CO
ATTN: BANKRUPTCY DEPT
215 BLUFFS AVE., STE 300
ELKO, NV 89801

MRS ASSOC
1930 OLNEY AVENUE
CHERRY HILL, NJ 08003

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY DEPARTMENT
4600 KIETZKE LANE, STE L-235
RENO, NV 89502

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY DEPARTMENT
1550 COLLECGE PKWY, STE 115
CARSON CITY, NV 89706

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY DEPARTMENT
700 WARM SPRINGS RD,., 2ND FLOOR
LAS VEGAS, NV 89119

NEVADA LABOR COMMISSION
BANKRUPTCY DEPARTMENT
1818 COLLEGE PKWY, STE 102
CARSON CITY, NV 89701

SMALL BUSINESS ADMINISTRATION
ATTN: BANKRUPTCY DEPARTMENT
1664 N. VIRGINIA STREET
RENO, NV 89557

SOCIAL SECURITY ADMINISTRATION
160 SPEAR STREET
SUITE 800
SAN FRANCISCO, CA 94105

STATE OF NEVADA
DIVISION OF ENVIRONMENTAL PROTECTION
901 S. STEWART ST., STE 4001
CARSON CITY, NV 89701

STATE OF NEVADA EMPLOYMENT SECURITY
DIVISION
500 E. THIRD STREET
CARSON CITY, NV 89713

THE FIRST NATIONAL BANK OF ELY
ATTN: BANKRUPTCY DEPARTMENT
595 AULTMAN STREET
ELY, NV 89301

UNITED STATES TRUSTEE
300 BOOTH STREET
SUITE 3009
RENO, NV 89509

US MINE CORP
ATTN: BANKRUPTCY DEPARTMENT
8631 HWY 124 P. O. BOX 757
IONE, CA 95640

WHEELER MACHINERY CO
ATTN: BANKRUPTCY DEPARTMENT
4901 W 2100 SO
SALT LAKE CITY, UT 84120

WHITE PINE COUNTY
ATTN: BANKRUPTCY DEPARTMENT
801 CLARK ST., STE 2
ELY, NV 89301

ZAC COOPER
503 SHADY BROOK DRIVE
ELY, NV 89315

United States Bankruptcy Court
District of Nevada

In re: TITAN CONSTRUCTORS, INCORPORATED

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/17/2023

/s/ SHANE COOPER
Signature of Individual signing on behalf of debtor

PRESIDENT
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** Nevada

In re TITAN CONSTRUCTORS, INCORPORATED

(Debtor(s))

Case No. _____

Chapter  11 _____

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for TITAN CONSTRUCTORS, INCORPORATED in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s)' equity interests, or states that there are no entities to report under FRBP 7007:

☐ None [check if applicable]

04/14/2023

Date

/s/ J. Craig Demetras

Statement of attorney or Litigant